IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION


TONY GILMORE                                                                           PETITIONER

V.                                                                                    NO. 4:11CV076-P-V

STATE OF MISSISSIPPI, et al.                                                        RESPONDENTS

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice. The motion to proceed in forma pauperis is **DENIED**. This case is **CLOSED**.

**IT IS SO ORDERED.**

THIS the 2nd day of August, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE